809 A.2d 137

IN THE MATTER OF KENNETH M. LEFF,
AN ATTORNEY AT LAW.

November 14, 2002.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 02–176, concluding that **KENNETH M. LEFF** of **PEARL RIVER, NEW YORK,** who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **KENNETH M. LEFF** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.